UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Case No. 20-cv-06898-SI<br><br>**JUDGMENT**<br>Re: Dkt. Nos. 30, 31 |

Defendant's motion for summary judgment has been granted, and plaintiff's motion for summary judgment has been denied. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: June 15, 2022

_____
SUSAN ILLSTON
United States District Judge